BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

In re: Rail Freight Fuel Surcharge Antitrust Litigation II      MDL Docket No. _____

## PROOF OF SERVICE

I hereby certify that a copy of the foregoing Motion, Brief, and Schedule of Actions and this Certificate of Service were served on November 13, 2019 by overnight courier to the Clerks of the United States District Courts listed below and served on November 12, 2019 by electronic mail to counsel for the parties listed below.

/s/ *Veronica S. Lewis*
Veronica S. Lewis
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100
Dallas, TX 75201
Telephone: (214) 698-3100
Email: VLewis@gibsondunn.com

*Attorney for Defendant BNSF Railway Company*

Clerk, Northern District of Alabama
Hugo L. Black United States Courthouse
1729 5th Avenue North
Birmingham, AL 35203

Clerk, Central District of California
Ronald Reagan Federal Building and United States Courthouse
411 W. Fourth St.
Santa Ana, CA, 92701

Clerk, District of District of Columbia
333 Constitution Avenue N.W.
Washington D.C. 20001

Clerk, Northern District of Georgia
Richard B. Russell Federal Building
2211 United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

Clerk, District of Idaho
550 W. Fort Street, Suite 400
Boise, ID 83724

Clerk, Northern District of Illinois
Everett McKinley Dirksen U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Clerk, Western District of Louisiana
United States Post Office & Court House
515 Murray Street, Suite 105
Alexandria, LA 71301

Clerk, District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street Room 2020
Trenton, NJ 08608

Clerk, Western District of New York
2120 Kenneth B. Keating Federal Building
100 State Street
Rochester, NY 14614

Clerk, Western District of North Carolina
401 West Trade Street, Room 210
Charlotte, NC  28202

Clerk, Eastern District of Pennsylvania
James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Clerk, Western District of Pennsylvania
Joseph F. Weis, Jr. U.S. Courthouse
700 Grant Street
Pittsburgh, PA 15219

Clerk, Eastern District of Tennessee (Greeneville Division)
220 West Depot Street, Suite 200
Greeneville, TN 37743

Clerk, Eastern District of Tennessee (Chattanooga Division)
900 Georgia Avenue
Chattanooga, Tennessee 37402

Clerk, Western District of Tennessee
Eastern Divisional Office
111 South Highland Ave., Room 262
Jackson, TN 38301

Clerk, Southern District of Texas
Bob Casey United States Courthouse
515 Rusk Avenue
Houston, TX 77002

Clerk, Eastern District of Virginia
Spottswood W. Robinson III and
  Robert R. Merhige, Jr., Federal Courthouse
701 East Broad Street
Richmond, VA 23219

Brannon J. Buck
Christopher B. Driver
BADHAM & BUCK, LLC
2001 Park Place North, Suite 500
Birmingham, AL 35203
Email:  bbuck@badhambuck.com, cdriver@badhambuck.com

> **Counsel for Plaintiffs Vulcan Materials Company, Legacy Vulcan, LLC, Florida Rock Industries, Inc., Atlantic Granite Company, CalMat Co., Vulcan Aggregates Company, LLC, Vulcan Construction Materials, LLC, Fulton Concrete Company, LLC, McCartney Construction Company, Inc., Arundel Company, LLC, Harper Brothers, LLC, Maryland Rock Industries, LLC, Virginia Concrete Company, LLC, Maryland Stone, LLC, S & G Concrete Company, LLC, TCS Materials, LLC, Azusa Rock, LLC, Stone Creek Mira Mesa LLC,, Triangle Rock Products, LLC, Aggregates USA, LLC, Chem-Marine Corporation of South Carolina, DMG Equipment Company, LLC, R. C. Smith Companies, LLC, Aggregates USA (Augusta), LLC, Aggregates USA (Macon), LLC, Aggregates USA (Savannah), LLC, and Aggregates USA (Sparta), LLC**
> N.D. Alabama, No. 2:19-cv-01606

Stephen R. Neuwirth
Sami H. Rashid
Monica E. Tarazi

3

QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Email: stephenneuwirth@quinnemanuel.com, samirashid@quinnemanuel.com, monicatarazi@quinnemanuel.com

> **Counsel for Plaintiffs Vulcan Materials Company, Legacy Vulcan, LLC, Florida Rock Industries, Inc., Atlantic Granite Company, CalMat Co., Vulcan Aggregates Company, LLC, Vulcan Construction Materials, LLC, Fulton Concrete Company, LLC, McCartney Construction Company, Inc., Arundel Company, LLC, Harper Brothers, LLC, Maryland Rock Industries, LLC, Virginia Concrete Company, LLC, Maryland Stone, LLC, S & G Concrete Company, LLC, TCS Materials, LLC, Azusa Rock, LLC, Stone Creek Mira Mesa LLC,, Triangle Rock Products, LLC, Aggregates USA, LLC, Chem-Marine Corporation of South Carolina, DMG Equipment Company, LLC, R. C. Smith Companies, LLC, Aggregates USA (Augusta), LLC, Aggregates USA (Macon), LLC, Aggregates USA (Savannah), LLC, and Aggregates USA (Sparta), LLC**
> N.D. Alabama, No. 2:19-cv-01606
>
> **Counsel for Plaintiff Hyundai Motor America, Inc.**
> C.D. California, No. 8:19-cv-01880
>
> **Counsel for Plaintiff Kia Motors America, Inc.**
> C.D. California, No. 8:19-cv-01881
>
> **Counsel for Plaintiff Mercedes-Benz USA, LLC**
> N.D. Georgia, No. 1:19-cv-04409
>
> **Counsel for Plaintiff The Amalgamated Sugar Company, LLC**
> District of Idaho, No. 1:19-cv-00376
>
> **Counsel for Plaintiff Conagra Brands, Inc.**
> N.D. Illinois, No. 1:19-cv-06504
>
> **Counsel for Plaintiffs Lafarge North America, Inc., Holcim (US) Inc., Aggregate Industries Management, Inc., Aggregate Industries - SWR, Inc., Aggregate Industries - WCR, Inc., Aggregate Industries Northeast Region, Inc., Aggregate Industries - MWR, Inc., Bardon, Inc. (dba Aggregate Industries Mid-Atlantic Region), Cement Transport, LTD, Fredonia Valley Railroad, Inc., Geocycle LLC, Systech Environmental Corporation, Tarrant Concrete, CO., Inc., Kost, Inc., Lafarge Aggregates Illinois, Inc., Lafarge PNW, Inc., Lattimore Materials Corp, Meyer Material Company, LLC, and Redland Quarries NY Inc.**
> N.D. Illinois, No. 1:19-cv-06506
>
> **Counsel for Plaintiff Old World Industries**
> N.D. Illinois, No. 1:19-cv-06507

4

**Counsel for Plaintiffs PCS Sales (USA), Inc., Agrium (U.S.), Inc., PCS Phosphate Company, Inc., White Springs Agricultural Chemicals, Inc, and PCS Nitrogen, Inc.**
N.D. Illinois, No. 1:19-cv-06505

**Counsel for Plaintiffs Axiall Corporation, Axiall, LLC, Westlake Styrene LLC, Westlake Petrochemicals LLC, Westlake Polymers LLC, Westlake Vinyls Inc., Westlake Vinyls Company LP, WPT LLC, Westlake Longview Corporation, and Westlake Management Services, Inc.**
W.D. Louisiana, No. 2:19-cv-01272

**Counsel for Plaintiffs Campbell Soup Company, Campbell Soup Supply Company L.L.C., and Pepperidge Farm, Incorporated**
D. New Jersey, No. 1:19-cv-18567

**Counsel for Plaintiff American Rock Salt Company LLC**
W.D. New York, No. 6:19-cv-06727

**Counsel for Plaintiffs Duke Energy Carolinas, LLC, Duke Energy Florida, LLC, Duke Energy Progress, LLC, Duke Energy Indiana, LLC, Duke Energy Kentucky, LLC, Duke Energy Ohio, LLC, Progress Fuels, LLC, DEGS of Narrows, LLC, and Duke Energy Generation Services, Inc.**
W.D. North Carolina, No. 3:19-cv-00494

**Counsel for Plaintiffs CertainTeed Corporation; Saint-Gobain Ceramics & Plastics, Inc.; Bird Incorporated; CertainTeed Canada, Inc.; CertainTeed Gypsum & Ceiling Manufacturing, Inc.; CertainTeed Gypsum Manufacturing, Inc.; CertainTeed Gypsum NC, Inc.; CertainTeed Gypsum West Virginia, Inc.; CertainTeed Gypsum, Inc.; CertainTeed Ceilings Corporation; and CertainTeed Gypsum and Ceilings USA, Inc.**
E.D. Pennsylvania, No. 2:19-cv-04523

**Counsel for Plaintiffs Alcoa Corporation, Arconic, Inc., Alcoa Fuels, Inc., Alcoa Power Generating, Inc., Eastalco Aluminum Company, Intalco Aluminum, LLC, Northwest Alloys, Inc., Reynolds Metal Company, and Alcoa World Alumina, LLC., and Alumax Mill Products, Inc.**
W.D. Pennsylvania, No. 2:19-cv-01261

**Counsel for Plaintiffs Keystone Fuels, LLC and Conemaugh Fuels, LLC**
W.D. Pennsylvania, No. 2:19-cv-01415

**Counsel for Plaintiffs Eastman Chemical Company, Solutia Inc., and Taminco Corporation**
E.D. Tennessee, No. 2:19-cv-00168

**Counsel for Plaintiff Grain Craft, Inc.**

E.D. Tennessee, No. 1:19-cv-00278

**Counsel for Plaintiffs Coffeyville Resources Nitrogen Fertilizers, LLC, Coffeyville Resources Refining & Marketing, LLC, Wynnewood Refining Company, LLC, and East Dubuque Nitrogen Fertilizers, LLC**
S.D. Texas, No. 4:19-cv-03762

**Counsel for Plaintiffs IPSCO Tubulars Inc., IPSCO Koppel Tubulars, LLC, IPSCO Tubulars (KY), LLC, and TMK NSG, LLC**
S.D. Texas, No. 4:19-cv-03760

**Counsel for Plaintiff Motiva Enterprises LLC**
S.D. Texas, No. 4:19-cv-03753

**Counsel for Plaintiff Phillips 66 Company**
S.D. Texas, No. 4:19-cv-03763

**Counsel for Plaintiffs Talen Energy Supply, LLC f/k/a PPL Energy Supply, LLC, on behalf of itself and its subsidiaries and affiliates, Talen Energy Marketing, LLC f/k/a PPL EnergyPlus, LLC, Talen Generation, LLC f/k/a PPL Generation, LLC (successor in interest to PPL Coal Supply, LLC), Talen Montana, LLC f/k/a PPL Montana, LLC, Martins Creek, LLC f/k/a PPL Martins Creek, LLC, Brunner Island, LLC f/k/a PPL Brunner Island, LLC, Montour, LLC f/k/a PPL Montour, LLC, H.A. Wagner LLC, and Brandon Shores LLC**
S.D. Texas, No. 4:19-cv-03764

**Counsel for Plaintiffs Dominion Energy, Inc., Virginia Electric and Power Company, Dominion Energy Fuel Services, Inc., and Dominion Energy South Carolina, Inc.**
E.D. Virginia, No. 3:19-cv-00717

Robert P. Vance, Jr.
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Email: bobbyvance@quinnemanuel.com

**Counsel for Plaintiffs Vulcan Materials Company, Legacy Vulcan, LLC, Florida Rock Industries, Inc., Atlantic Granite Company, CalMat Co., Vulcan Aggregates Company, LLC, Vulcan Construction Materials, LLC, Fulton Concrete Company, LLC, McCartney Construction Company, Inc., Arundel Company, LLC, Harper Brothers, LLC, Maryland Rock Industries, LLC, Virginia Concrete Company, LLC, Maryland Stone, LLC, S & G Concrete Company, LLC, TCS Materials, LLC, Azusa Rock, LLC, Stone Creek Mira Mesa LLC,, Triangle Rock Products, LLC, Aggregates USA, LLC, Chem-Marine Corporation of South Carolina, DMG Equipment Company, LLC, R. C. Smith Companies, LLC,**

**Aggregates USA (Augusta), LLC, Aggregates USA (Macon), LLC, Aggregates USA (Savannah), LLC, and Aggregates USA (Sparta), LLC**
N.D. Alabama, No. 2:19-cv-01606

**Counsel for Plaintiff Hyundai Motor America, Inc.**
C.D. California, No. 8:19-cv-01880

**Counsel for Plaintiff Kia Motors America, Inc.**
C.D. California, No. 8:19-cv-01881

**Counsel for Plaintiff Mercedes-Benz USA, LLC**
N.D. Georgia, No. 1:19-cv-04409

**Counsel for Plaintiffs Lafarge North America, Inc., Holcim (US) Inc., Aggregate Industries Management, Inc., Aggregate Industries - SWR, Inc., Aggregate Industries - WCR, Inc., Aggregate Industries Northeast Region, Inc., Aggregate Industries - MWR, Inc., Bardon, Inc. (dba Aggregate Industries Mid-Atlantic Region), Cement Transport, LTD, Fredonia Valley Railroad, Inc., Geocycle LLC, Systech Environmental Corporation, Tarrant Concrete, CO., Inc., Kost, Inc., Lafarge Aggregates Illinois, Inc., Lafarge PNW, Inc., Lattimore Materials Corp, Meyer Material Company, LLC, and Redland Quarries NY Inc.**
N.D. Illinois, No. 1:19-cv-06506

**Counsel for Plaintiff Old World Industries**
N.D. Illinois, No. 1:19-cv-06507

**Counsel for Plaintiffs PCS Sales (USA), Inc., Agrium (U.S.), Inc., PCS Phosphate Company, Inc., White Springs Agricultural Chemicals, Inc, and PCS Nitrogen, Inc.**
N.D. Illinois, No. 1:19-cv-06505

**Counsel for Plaintiffs Axiall Corporation, Axiall, LLC, Westlake Styrene LLC, Westlake Petrochemicals LLC, Westlake Polymers LLC, Westlake Vinyls Inc., Westlake Vinyls Company LP, WPT LLC, Westlake Longview Corporation, and Westlake Management Services, Inc.**
W.D. Louisiana, No. 2:19-cv-01272

**Counsel for Plaintiff American Rock Salt Company LLC**
W.D. New York, No. 6:19-cv-06727

**Counsel for Plaintiffs CertainTeed Corporation; Saint-Gobain Ceramics & Plastics, Inc.; Bird Incorporated; CertainTeed Canada, Inc.; CertainTeed Gypsum & Ceiling Manufacturing, Inc.; CertainTeed Gypsum Manufacturing, Inc.; CertainTeed Gypsum NC, Inc.; CertainTeed Gypsum West Virginia, Inc.; CertainTeed Gypsum, Inc.; CertainTeed Ceilings Corporation; and CertainTeed Gypsum and Ceilings USA, Inc.**

E.D. Pennsylvania, No. 2:19-cv-04523

**Counsel for Plaintiffs Eastman Chemical Company, Solutia Inc., and Taminco Corporation**
E.D. Tennessee, No. 2:19-cv-00168

**Counsel for Plaintiff Motiva Enterprises LLC**
S.D. Texas, No. 4:19-cv-03753

**Counsel for Plaintiffs Dominion Energy, Inc., Virginia Electric and Power Company, Dominion Energy Fuel Services, Inc., and Dominion Energy South Carolina, Inc.**
E.D. Virginia, No. 3:19-cv-00717

Duane Lyons
Viola Trebicka
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Email: duanelyons@quinnemanuel.com, violatrebicka@quinnemanuel.com
**Counsel for Plaintiff Hyundai Motor America, Inc.**
C.D. California, No. 8:19-cv-01880

**Counsel for Plaintiff Kia Motors America, Inc.**
C.D. California, No. 8:19-cv-01881

Sandra L. Brown
David A. Wilson
Daniel Ferrel McInnis
David E. Benz
Joseph A. Smith
THOMPSON HINE LLP
1919 M Street N.W., Suite 700
Washington, D.C. 20036
Email: sandra.brown@thompsonhine.com
**Counsel for Plaintiff Northern Indiana Public Service Company LLC**
District of Columbia, No. 1:19-cv-02927

**Counsel for Plaintiffs Union Electric Company d/b/a Ameren Missouri and Ameren Development Company**
District of Columbia, No. 1:19-cv-02940

**Counsel for Plaintiffs Alabama Power Company; Georgia Power Company, and Mississippi Power Company**
District of Columbia, No. 1:19-cv-02963

8

Robert F. Ware
Jennifer S. Roach
THOMPSON HINE LLP
3900 Key Center
127 Public Square
Cleveland, OH 44114
Email: rob.ware@thompsonhine.com, jennifer.roach@thompsonhine.com
    **Counsel for Plaintiff Northern Indiana Public Service Company LLC**
    District of Columbia, No. 1:19-cv-02927

    **Counsel for Plaintiffs Union Electric Company d/b/a Ameren Missouri and Ameren Development Company**
    District of Columbia, No. 1:19-cv-02940

    **Counsel for Plaintiffs Alabama Power Company; Georgia Power Company, and Mississippi Power Company**
    District of Columbia, No. 1:19-cv-02963

Craig P. Seebald
Alden L. Atkins
David Smith
VINSON & ELKINS L.L.P.
2200 Pennsylvania Avenue, N.W.
Suite 500 West
Washington, DC 20037
Email: cseebald@velaw.com, aatkins@velaw.com, davidsmith@velaw.com
    **Counsel for Plaintiffs AK Steel Corporation; CF Industries, Inc; Dairyland Power Cooperative; Dyno Nobel, Inc.; Entergy Arkansas, LLC; Entergy Louisiana, LLC; Exelon Generation Company, LLC; North Star Bluescope Steel LLC; Steelscape, LLC; and Wisconsin Electric PowerCompany d/b/a WE Energies**
    District of Columbia, No. 1:19-cv-02970

John H. LeSeur
Frank J. Pergolizzi
Peter A. Pfohl
SLOVER & LOFTUS LLP
1224 Seventeenth Street NW
Washington, D.C. 20036
Email: jhl@sloverandloftus.com, fjp@sloverandloftus.com, pap@sloverandloftus.com
    **Counsel for Plaintiffs AK Steel Corporation; CF Industries, Inc; Dairyland Power Cooperative; Dyno Nobel, Inc.; Entergy Arkansas, LLC; Entergy Louisiana, LLC; Exelon Generation Company, LLC; North Star Bluescope Steel LLC; Steelscape, LLC; and Wisconsin Electric PowerCompany d/b/a WE Energies**
    District of Columbia, No. 1:19-cv-02970

Joseph M. Vanek
Paul E. Slater
John P. Bjork
David P. Germaine
Matthew T. Slater
SPERLING & SLATER, P.C.
55 West Monroe Street, Suite 3500
Chicago, IL 60603
Email: jvanek@sperling-law.com, pes@sperling-law.com, jbjork@sperling-law.com, dgermaine@sperling-law.com, mslater@sperling-law.com
    **Counsel for Plaintiff Kellogg Company**
    District of Columbia, No. 1:19-cv-02969

M. Russell Wofford, Jr.
CARROLL & WEISS LLP
1819 Peachtree Rd., Ste. 104
Atlanta, GA 30309-1848
Email: rwofford@carrollweiss.com
    **Counsel for Plaintiff Mercedes-Benz USA, LLC**
    N.D. Georgia, No. 1:19-cv-04409

Audra A. Dial
MERCEDES-BENZ USA, LLC
One Mercedes-Benz Drive
Sandy Springs, FA 30328
Email: Audra.dial@mbusa.com
    **Counsel for Plaintiff Mercedes-Benz USA, LLC**
    N.D. Georgia, No. 1:19-cv-04409

Raymond D. Powers
Portia L. Rauer
POWERS FARLEY, PC
702 West Idaho Street, Suite 700
Boise, Idaho 83702
Email: rdp@powersfarley.com, plr@powersfarley.com
    **Counsel for Plaintiff The Amalgamated Sugar Company, LLC**
    District of Idaho, No. 1:19-cv-00376

Andrew H. Schapiro
QUINN EMANUEL URQUHART & SULLIVAN, LLP
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Email: andrewschapiro@quinnemanuel.com
    **Counsel for Plaintiff Conagra Brands, Inc.**
    N.D. Illinois, No. 1:19-cv-06504

    **Counsel for Plaintiffs Lafarge North America, Inc., Holcim (US) Inc., Aggregate Industries Management, Inc., Aggregate Industries - SWR, Inc., Aggregate Industries - WCR, Inc., Aggregate Industries Northeast Region, Inc., Aggregate Industries - MWR, Inc., Bardon, Inc. (dba Aggregate Industries Mid-Atlantic Region), Cement Transport, LTD, Fredonia Valley Railroad, Inc., Geocycle LLC, Systech Environmental Corporation, Tarrant Concrete, CO., Inc., Kost, Inc., Lafarge Aggregates Illinois, Inc., Lafarge PNW, Inc., Lattimore Materials Corp, Meyer Material Company, LLC, and Redland Quarries NY Inc.**
    N.D. Illinois, No. 1:19-cv-06506

    **Counsel for Plaintiff Old World Industries**
    N.D. Illinois, No. 1:19-cv-06507

    **Counsel for Plaintiffs PCS Sales (USA), Inc., Agrium (U.S.), Inc., PCS Phosphate Company, Inc., White Springs Agricultural Chemicals, Inc, and PCS Nitrogen, Inc.**
    N.D. Illinois, No. 1:19-cv-06505

Christopher P. Ieyoub
PLAUCHE, SMITH & NIESET
1123 Pithon Street
P.O. Drawer 1705
Lake Charles, LA 70602
Email: cieyoub@psnlaw.com
    **Counsel for Plaintiffs Axiall Corporation, Axiall, LLC, Westlake Styrene LLC, Westlake Petrochemicals LLC, Westlake Polymers LLC, Westlake Vinyls Inc., Westlake Vinyls Company LP, WPT LLC, Westlake Longview Corporation, and Westlake Management Services, Inc.**
    W.D. Louisiana, No. 2:19-cv-01272

Sandra Moser
QUINN EMANUEL URQUHART & SULLIVAN, LLP
1300 I Street NW, Suite 900
Washington, DC 20005
Email: sandramoser@quinnemanuel.com
 **Counsel for Plaintiffs Campbell Soup Company, Campbell Soup Supply Company L.L.C., and Pepperidge Farm, Incorporated**
 D. New Jersey, No. 1:19-cv-18567

Michael R. Wolford
THE WOLFORD LAW FIRM LLP
600 Reynolds Arcade Building
16 East Main Street
Rochester, NY 14614
E-mail: mwolford@wolfordfirm.com
 **Counsel for Plaintiff American Rock Salt Company LLC**
 W.D. New York, No. 6:19-cv-06727

Claire J. Rauscher
Matthew F. Tilley
WOMBLE BOND DICKINSON (US) LLP
One Wells Fargo Center, Suite 3500
301 South College Street
Charlotte, NC  28202
Email: claire.rauscher@wbd-us.com, matthew.tilley@wbd-us.com
 **Counsel for Plaintiffs Duke Energy Carolinas, LLC, Duke Energy Florida, LLC, Duke Energy Progress, LLC, Duke Energy Indiana, LLC, Duke Energy Kentucky, LLC, Duke Energy Ohio, LLC, Progress Fuels, LLC, DEGS of Narrows, LLC, and Duke Energy Generation Services, Inc.**
 W.D. North Carolina, No. 3:19-cv-00494

Kevin E. Raphael
PIETRAGALLO GORDON ALFANO BOSICK & RASPANTI, LLP
1818 Market Street, suite 3402
Philadelphia, PA 19103
Email: KER@Pietragallo.com

    **Counsel for Plaintiffs CertainTeed Corporation; Saint-Gobain Ceramics & Plastics, Inc.; Bird Incorporated; CertainTeed Canada, Inc.; CertainTeed Gypsum & Ceiling Manufacturing, Inc.; CertainTeed Gypsum Manufacturing, Inc.; CertainTeed Gypsum NC, Inc.; CertainTeed Gypsum West Virginia, Inc.; CertainTeed Gypsum, Inc.; CertainTeed Ceilings Corporation; and CertainTeed Gypsum and Ceilings USA, Inc.**
    E.D. Pennsylvania, No. 2:19-cv-04523

    **Counsel for Plaintiffs Alcoa Corporation, Arconic, Inc., Alcoa Fuels, Inc., Alcoa Power Generating, Inc., Eastalco Aluminum Company, Intalco Aluminum, LLC, Northwest Alloys, Inc., Reynolds Metal Company, and Alcoa World Alumina, LLC., and Alumax Mill Products, Inc.**
    W.D. Pennsylvania, No. 2:19-cv-01261

    **Counsel for Plaintiffs NOVA Chemicals, Inc., NOVA Chemicals Corporation, and NOVA Chemicals (Canada) Ltd.**
    W.D. Pennsylvania, No. 2:19-cv-01259

    **Counsel for Plaintiffs Keystone Fuels, LLC and Conemaugh Fuels, LLC**
    W.D. Pennsylvania, No. 2:19-cv-01415

William Pietragallo, II
Eric G. Soller
PIETRAGALLO GORDON ALFANO BOSICK & RASPANTI, LLP
One Oxford Centre, 38th Floor
Pittsburgh, PA 15219
Email: WP@Pietragallo.com, EGS@Pietragallo.com

    **Counsel for Plaintiffs Alcoa Corporation, Arconic, Inc., Alcoa Fuels, Inc., Alcoa Power Generating, Inc., Eastalco Aluminum Company, Intalco Aluminum, LLC, Northwest Alloys, Inc., Reynolds Metal Company, and Alcoa World Alumina, LLC., and Alumax Mill Products, Inc.**
    W.D. Pennsylvania, No. 2:19-cv-01261

    **Counsel for Plaintiffs NOVA Chemicals, Inc., NOVA Chemicals Corporation, and NOVA Chemicals (Canada) Ltd.**
    W.D. Pennsylvania, No. 2:19-cv-01259

    **Counsel for Plaintiffs Keystone Fuels, LLC and Conemaugh Fuels, LLC**
    W.D. Pennsylvania, No. 2:19-cv-01415

Jimmie C. Miller
Joseph B. Harvey
HUNTER, SMITH & DAVIS, LLP
1212 North Eastman Road
Kingsport, TN 37664
Email: jmiller@hsdlaw.com, jharvey@hsdlaw.com
> **Counsel for Plaintiffs Eastman Chemical Company, Solutia Inc., and Taminco Corporation**
> E.D. Tennessee, No. 2:19-cv-00168

Michael F. McBride
VANNESS FELDMAN LLP
1050 Thomas Jefferson St. NW, 7th Floor
Washington, D.C. 20007
Email: mfm@nvf.com
> **Counsel for Plaintiffs Eastman Chemical Company, Solutia Inc., and Taminco Corporation**
> E.D. Tennessee, No. 2:19-cv-00168

Donald J. Aho
Richard C. Rose
MILLER & MARTIN PLLC
832 Georgia Avenue
1200 Volunteer Building
Chattanooga, Tennessee 37402
Email: don.aho@millermartin.com, richard.rose@millermartin.com
> **Counsel for Plaintiff Grain Craft, Inc.**
> E.D. Tennessee, No. 1:19-cv-00278

Thomas Wilcox
GKG LAW, P.C.
The Foundry Building,
1055 Thomas Jefferson St. NW, Suite 500
Washington, DC 20007
Email: twilcox@gkglaw.com
> **Counsel for Plaintiff Grain Craft, Inc.**
> E.D. Tennessee, No. 1:19-cv-00278

Gary S. Peeples
Charles Silvestri Higgins
BURCH, PORTER & JOHNSON, PLLC
130 North Court Ave
Memphis, TN 38103
Email: gpeeples@bpjlaw.com, chiggins@bpjlaw.com
    **Counsel for Plaintiffs Northdown Industries, Inc. and Normerica Inc.**
    W.D. Tennessee, No. 1:19-cv-01225

Karl Stern
QUINN EMANUEL URQUHART & SULLIVAN
711 Louisiana St., Suite 500
Houston, TX 77002
Email: karlstern@quinnemanuel.com
    **Counsel for Plaintiffs Coffeyville Resources Nitrogen Fertilizers, LLC, Coffeyville Resources Refining & Marketing, LLC, Wynnewood Refining Company, LLC, and East Dubuque Nitrogen Fertilizers, LLC**
    S.D. Texas, No. 4:19-cv-03762

    **Counsel for Plaintiffs IPSCO Tubulars Inc., IPSCO Koppel Tubulars, LLC, IPSCO Tubulars (KY), LLC, and TMK NSG, LLC**
    S.D. Texas, No. 4:19-cv-03760

    **Counsel for Plaintiff Motiva Enterprises LLC**
    S.D. Texas, No. 4:19-cv-03753

    **Counsel for Plaintiff Phillips 66 Company**
    S.D. Texas, No. 4:19-cv-03763

    **Counsel for Plaintiffs Talen Energy Supply, LLC f/k/a PPL Energy Supply, LLC, on behalf of itself and its subsidiaries and affiliates, Talen Energy Marketing, LLC f/k/a PPL EnergyPlus, LLC, Talen Generation, LLC f/k/a PPL Generation, LLC (successor in interest to PPL Coal Supply, LLC), Talen Montana, LLC f/k/a PPL Montana, LLC, Martins Creek, LLC f/k/a PPL Martins Creek, LLC, Brunner Island, LLC f/k/a PPL Brunner Island, LLC, Montour, LLC f/k/a PPL Montour, LLC, H.A. Wagner LLC, and Brandon Shores LLC**
    S.D. Texas, No. 4:19-cv-03764

Tara Lee
Richard Smith
QUINN EMANUEL URQUHART & SULLIVAN, LLP
1300 I Street NW, Suite 900
Washington, D.C. 20005
Email: taralee@quinnemanuel.com
    **Counsel for Plaintiffs Dominion Energy, Inc., Virginia Electric and Power Company, Dominion Energy Fuel Services, Inc., and Dominion Energy South Carolina, Inc.**
    E.D. Virginia, No. 3:19-cv-00717